IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01787-MSK-MJW

TATONKA CAPITAL CORPORATION,

Plaintiff(s),

v.

TRILLION PARTNERS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED Defendant's Motion for Entry of Stipulated Protective Order (docket no. 47) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 47-1) is APPROVED and made an Order of Court.

Date:  November 23, 2011