IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01787-MSK-MJW

TATONKA CAPITAL CORPORATION,

    Plaintiff,

v.

TRILLION PARTNERS, INC.,

    Defendant.

## JOINT STATUS REPORT

COME NOW the parties jointly, by and through their undersigned counsel, and provide the Court with the following joint status report:

1. The Parties previous filed a Joint Status Report on August 1, 2012 (Dkt. #67) advising the Court on the status of settlement discussions.

2. Based on the Joint Status Report (Dkt. #67), the Court subsequently entered a Minute Order dated August 1, 2012 (Dkt. # 68) requiring the Parties to either (a) submit a new Joint Status Report or (b) file a Motion for Approval of the Credit Bid Transaction on or before August 31, 2012.

3. On August 27, 2012, the Receiver filed a Motion to Approve the Private Sale of all of Trillion's Assets, or in the Alternative, Approval of Sales and Bidding Procedures for a Public Sale (Dkt. # 70) (the "Motion").

4. The Motion is now pending before the Court. The Parties shall continue the informal stay of this matter pending the outcome of the Motion.

DATED this 28th day of August, 2012.

    Respectfully submitted,

    /s/ Todd R. Seelman
    Todd R. Seelman
    FORD & HARRISON LLP
    World Trade Center
    1675 Broadway
    Suite 2150
    Denver, CO 80202-4679
    Telephone: (303) 592-8860
    Fax: (303) 592-8861
    Email: tseelman@fordharrison.com

    **ATTORNEY FOR DEFENDANT TRILLION PARTNERS, INC.**

    /s/ Denis H. Mark
    Denis H. Mark
    HAMILTON FAATZ AND WALLER, PC
    5105 DTC Parkway
    Suite 475
    Greenwood Village, CO 80111
    Telephone (303) 830-0500
    Fax (303) 860-7855
    Email dmark@hfwpc.com

    AND

    /s/ Derek F. Meek
    Michael Leo Hall
    Derek F. Meek
    BURR & FORMAN LLP
    420 North 20th Street
    Suite 3400
    Birmingham, AL 35203
    Telephone (205) 251-3000
    Fax (205) 458-5100
    Email mhall@burr.com; dmeek@burr.com

    **ATTORNEYS FOR PLAINTIFF TATONKA CAPITAL CORPORATION**

*s/ John Cardinal Parks*
John Cardinal Parks
HOROWITZ & BURNETT, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264
Telephone (303) 996-8609
Fax (303) 996-8636
Email jparks@hblegal.net

**ATTORNEY FOR THE RECEIVER
BYRON SMYL**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2012, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Denis H. Mark | dmark@hfwpc.com |
| Michael Leo Hall | mhall@burr.com |
| Derek F. Meek | dmeek@burr.com |
| John Cardinal Parks | jparks@hblegal.net |

                                                  */s/ Todd R. Seelman*
                                                Todd R. Seelman
                                                FORD & HARRISON LLP

4