IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  11-cv-01787--MSK-MJW

TATONKA CAPITAL CORPORATION, )
)
       Plaintiff, )
v. )
)
TRILLION PARTNERS, INC., )
)
)
       Defendant. )
_____)

**RECEIVER'S MONTHLY REPORT FOR THE PERIOD
FROM NOVEMBER 1 THROUGH NOVEMBER 30, 2012**
_____

      Byron Smyl, the court-appointed receiver for Trillion Partners, Inc., through his undersigned counsel, for his monthly report pursuant to ¶15 of the Order Granting Motion to Appoint Receiver (the "Appointment Order"), states as follows:

      1.     In the Appointment Order, the Court ordered the Receiver, on or before the 20th day of each month, to make an accounting of all revenues collected and all fees and expenses paid for the previous month, to file such accounting with the Court, and to serve it upon Plaintiff, Tatonka Capital Corporation, Defendant, Trillion Partners, Inc., and any other party appearing in this case.  This report covers the period from November 1 through November 30, 2012.

      2.     Attached hereto as "**Exhibit A**" is a listing of all revenues collected and all fees and expenses paid for the period from November 1 through November 30, 2012.  As ordered by the Court, this accounting separately lists all fees and expenses paid by the Receiver to each of his Advisors.

Respectfully submitted this 17th day of December, 2012.

    <u>s/ John Cardinal Parks</u>
JOHN CARDINAL PARKS, #18669
HOROWITZ & BURNETT, P.C.
1660 LINCOLN ST., SUITE 1900
DENVER, CO 80264
TELEPHONE:  303-996-8609
FAX:  303-996-8636
E-MAIL:  jparks@hblegal.net

*Counsel for Byron P. Smyl, as receiver for Trillion Partners, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2012, a true and correct copy of the foregoing **RECEIVER'S MONTHLY REPORT FOR THE PERIOD FROM NOVEMBER 1 THROUGH NOVEMBER 30, 2012** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Todd R. Seelman
Grimshaw & Harring, P.C.
1700 Lincoln Street, Suite 3800
Denver, CO 80203
trs@grimshawharring.com

Denis H. Mark
Hamilton Faatz and Waller, P.C.
5105 DTC Parkway, Suite 475
Greenwood Village, CO 80111
dmark@hfwpc.com

Michael Leo Hall
Derek F. Meek
Burr & Forman LLP
420 North 20th Street
Birmingham, AL 35203
mhall@burr.com

                                                    *S/ JOHN CARDINAL PARKS*
                                                    JOHN CARDINAL PARKS, #18669
                                                    HOROWITZ & BURNETT, P.C.
                                                    1660 LINCOLN ST., SUITE 1900
                                                    DENVER, CO 80264
                                                    TELEPHONE: 303-996-8609
                                                    FAX: 303-996-8636
                                                    E-MAIL: jparks@hblegal.net

                                                    *Counsel for Byron P. Smyl, as receiver for Trillion Partners, Inc.*