# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

FOR THE PERIOD BEGINNING: November 1, 2012   AND ENDING: November 30, 2012

Name of Debtor: TRILLION PARTNERS, INC.   Case Number: 11-cv-01787-MSK-MJW

| | | CURRENT MONTH |
|---|---|---:|
| **1. RECEIPTS:** | | |
| A. | Customer Collections at Trillion | - |
| B. | Customer Collections in Lockbox | 5,151,413.07 |
| C. | Received from Secured Lenders | |
| D. | Other Receipts | 462.45 |
| **2. TOTAL RECEIPTS** | | **5,151,875.52** |
| **3. DISBURSEMENTS** | | |
| A. | Advertising | - |
| B. | Bank /Credit Card Charges | 294.00 |
| C. | Contract Labor | 50,087.27 |
| D. | Fixed Asset Payments | - |
| E. | Insurance | 60,093.10 |
| F. | Inventory Payments | 122,434.09 |
| G. | Leases | 70,634.16 |
| H. | Circuits | 15,094.64 |
| I. | Office Supplies | 49.89 |
| J. | Payroll - Net | 193,599.18 |
| K. | Professional Fees | - |
| K1. | Alvarez & Marsal | - |
| K2. | McElroy, Deutsch, Mulvaney & Carpenter | - |
| K3. | Horowwitz & Burnett, P.C. | 9,975.20 |
| K4. | Wiley Rein | - |
| K5. | Greg Vogt | - |
| K6. | Ford & Harrison | - |
| K7. | Real Estate Tax Consultants | - |
| K8. | Winstead P.C. | - |
| K9. | Grimshaw & Haring | - |
| K10. | Ewell, Bickham, Brown & Rabb L | 1,120.00 |
| K11. | Smith,Angderson,Blount,Dorsett | - |
| K12. | Carianne Weston | 28,500.00 |
| K13. | Madison Sproul Partners | 28,750.00 |
| L. | Rent | 20,283.28 |
| M. | Repairs & Maintenance | 102,795.17 |
| N. | Secured Creditor Payments | - |
| O. | Taxes Paid - Payroll | 43,263.04 |
| P. | Taxes Paid - Sales & Use | 12,464.37 |
| Q. | Taxes Paid - Other | 14,200.79 |
| R. | Telephone | 2,371.32 |
| S. | Travel & Entertainment | - |
| T. | Utilities | 7,680.53 |
| U. | Vehicle Expenses | 9,752.03 |
| U1. | Bear Reimbursements | 773,921.52 |
| U2. | Payroll Contributions | 31,060.85 |
| U3. | Transfer to Escrow Account on behalf of Secured Creditors | 1,553,746.67 |
| U4. | Disbursement from Vectra Bank to Trillion | - |
| U5. | Disbursement from US Bank to Trillion | - |
| V. | Other Operating Expenses | 101,023.95 |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | | **3,253,195.05** |
| **5. NET CASH FLOW FOR PERIOD** | | **1,898,680.47** |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____ ,2012.   _____
(Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.