# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
FOR THE PERIOD BEGINNING :　　　　December 1, 2012　　AND ENDING :　　December 31, 2012

Name of Debtor:  TRILLION PARTNERS, INC.　　　　　　　　Case Number:　　11-cv-01787-MSK-MJW

|  |  | CURRENT MONTH |
|---|---|---:|
| **1. RECEIPTS:** | | |
| A. | Customer Collections at Trillion | - |
| B. | Customer Collections in Lockbox | 1,800,425.04 |
| C. | Received from Secured Lenders | 857,661.07 |
| D. | Other Receipts | - |
| **2. TOTAL RECEIPTS** | | **2,658,086.11** |
| **3. DISBURSEMENTS** | | |
| A | Advertising | - |
| B | Bank /Credit Card Charges | 1,785.60 |
| C | Contract Labor | 54,540.00 |
| D | Fixed Asset Payments | - |
| E | Insurance | - |
| F | Inventory Payments | 347,119.45 |
| G | Leases | 27,469.22 |
| H | Circuits | 15,271.31 |
| I | Office Supplies | 1,080.79 |
| J | Payroll - Net | 223,815.77 |
| K | Professional Fees | - |
| K1 | Alvarez & Marsal | 75,246.73 |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - |
| K3 | Horowwitz & Burnett, P.C. | - |
| K4 | Wiley Rein | 197,629.38 |
| K5 | Greg Vogt | 4,087.50 |
| K6 | Ford & Harrison | 12,991.00 |
| K7 | Real Estate Tax Consultants | - |
| K8 | Winstead P.C. | - |
| K9 | Grimshaw & Haring | - |
| K10 | Ewell, Bickham, Brown & Rabb L | - |
| K11 | Smith,Angderson,Blount,Dorsett | - |
| K12 | Carianne Weston | |
| K13 | Madison Sproul Partners | |
| L | Rent | 10,658.00 |
| M | Repairs & Maintenance | 126,395.36 |
| N | Secured Creditor Payments | - |
| O | Taxes Paid - Payroll | 24.80 |
| P | Taxes Paid - Sales & Use | 10,128.87 |
| Q | Taxes Paid - Other | 50,283.47 |
| R | Telephone | 2,278.30 |
| S | Travel & Entertainment | - |
| T | Utilities | 5,289.73 |
| U | Vehicle Expenses | 43,098.06 |
| U1 | Bear Reimbursements | 1,165,149.16 |
| U2 | Payroll Contributions | 48,712.42 |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | 1,681,574.49 |
| U4 | Disbursement from Vectra Bank to Trillion | - |
| U5 | Disbursement from US Bank to Trillion | - |
| V | Other Operating Expenses | 31,941.14 |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | | **4,136,570.55** |
| **5. NET CASH FLOW FOR PERIOD** | | **(1,478,484.44)** |
| **7. ENDING BALANCE**　(Line 4 Minus Line 6) | | **2,383,171.71**　( c ) |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  22nd  day of _____January_____ ,2013.　　　s/ Byron P. Smyl
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.