**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: February 12, 2013 |
| Court Reporter: Terri Lindblom | |

Civil Action No.11-cv-01787-MSK-MJW

*Parties*:                                                                                  *Counsel Appearing:*

TATONKA CAPITAL CORPORATION,                        Michael Hall
                                                                                                   Denis Mark
            Plaintiff,

v.

TRILLION PARTNERS, INC.,
                                                                                                   Todd Seelman
            Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Motion

**3:00 p.m.        Court in session.**

John Parks is present on behalf of the Receiver.

The Court addresses Plaintiff's Motion to Set Aside Doc. #77 Order Closing Case (**Doc. #78**).

Argument.

**ORDER:**      Plaintiff's Motion to Set Aside Doc. #77 Order Closing Case (**Doc. #78**) is **WITHDRAWN**.

**3:17 p.m.        Court in recess.**

**Total Time:   17 minutes.
Hearing concluded.**