# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING :**           January 1, 2013     **AND ENDING :**     January 31, 2013

Name of Debtor:  TRILLION PARTNERS, INC.                    Case Number:     11-cv-01787-MSK-MJW

|  |  | CURRENT MONTH |
|---|---|---:|
| **1. RECEIPTS:** | | |
| A. | Customer Collections at Trillion | - |
| B. | Customer Collections in Lockbox | 6,656,985.31 |
| C. | Received from Secured Lenders | 875,380.01 |
| D. | Other Receipts | - |
| **2. TOTAL RECEIPTS** | | 7,532,365.32 |
| **3. DISBURSEMENTS** | | |
| A | Advertising | - |
| B | Bank /Credit Card Charges | 310.80 |
| C | Contract Labor | 69,357.78 |
| D | Fixed Asset Payments | - |
| E | Insurance | 12,433.00 |
| F | Inventory Payments | 158,797.22 |
| G | Leases | 54,569.06 |
| H | Circuits | 11,688.54 |
| I | Office Supplies | 1,221.73 |
| J | Payroll - Net | 228,280.66 |
| K | Professional Fees | - |
| K1 | Alvarez & Marsal | - |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - |
| K3 | Horowwitz & Burnett, P.C. | 3,300.69 |
| K4 | Wiley Rein | 75,268.88 |
| K5 | Greg Vogt | 1,125.00 |
| K6 | Ford & Harrison | - |
| K7 | Real Estate Tax Consultants | - |
| K8 | Winstead P.C. | - |
| K9 | Grimshaw & Haring | - |
| K10 | Ewell, Bickham, Brown & Rabb L | - |
| K11 | Smith,Angderson,Blount,Dorsett | - |
| K12 | Carianne Weston | - |
| K13 | Madison Sproul Partners | 1,917.60 |
| L | Rent | 29,863.29 |
| M | Repairs & Maintenance | 54,278.61 |
| N | Secured Creditor Payments | - |
| O | Taxes Paid - Payroll | - |
| P | Taxes Paid - Sales & Use | 1,566.67 |
| Q | Taxes Paid - Other | 38,194.55 |
| R | Telephone | 2,382.26 |
| S | Travel & Entertainment | - |
| T | Utilities | 8,838.02 |
| U | Vehicle Expenses | 14,321.93 |
| U1 | Bear Reimbursements | 250,435.28 |
| U2 | Payroll Contributions | 60,916.54 |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | 6,812,118.19 |
| U4 | Disbursement from Vectra Bank to Trillion | - |
| U5 | Disbursement from US Bank to Trillion | - |
| V | Other Operating Expenses | 51,791.01 |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | | 7,942,977.31 |
| **5. NET CASH FLOW FOR PERIOD** | | (410,611.99) |
| **7. ENDING BALANCE**   *(Line 4 Minus Line 6)* | | 1,972,559.72 ( c ) |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This _____ 21st  day of _____ February _____ ,2013.          _____ s/ Byron P. Smyl
                                                                                                        (Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the
        balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
        the receivership
( c ) These two amounts will always be the same if form is completed correctly.