# EXHIBIT A

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING : February 1, 2013  AND ENDING : February 28, 2013

Name of Debtor: TRILLION PARTNERS, INC.   Case Number: 11-cv-01787-MSK-MJW

| | | CURRENT MONTH | |
|---|---|---:|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | | 1,972,559.72 | (a) |
| **1. RECEIPTS:** | | | |
| A. | Customer Collections at Trillion | - | |
| B. | Customer Collections in Lockbox | 336,204.04 | |
| C. | Received from Secured Lenders | 390,114.31 | |
| D. | Other Receipts | 154,734.33 | |
| **2. TOTAL RECEIPTS** | | **881,052.68** | |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** | | **2,853,612.40** | |
| **3. DISBURSEMENTS** | | | |
| A | Advertising | - | |
| B | Bank /Credit Card Charges | 420.00 | |
| C | Contract Labor | 143,190.32 | |
| D | Fixed Asset Payments | - | |
| E | Insurance | - | |
| F | Inventory Payments | 142,251.72 | |
| G | Leases | 32,542.97 | |
| H | Circuits | 13,284.42 | |
| I | Office Supplies | 1,195.34 | |
| J | Payroll - Net | 175,848.85 | |
| K | Professional Fees | - | |
| K1 | Alvarez & Marsal | 43,329.27 | |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - | |
| K3 | Horowwitz & Burnett, P.C. | - | |
| K4 | Wiley Rein | 28,063.72 | |
| K5 | Greg Vogt | 2,175.00 | |
| K6 | Ford & Harrison | - | |
| K7 | Real Estate Tax Consultants | - | |
| K8 | Winstead P.C. | - | |
| K9 | Grimshaw & Haring | - | |
| K10 | Ewell, Bickham, Brown & Rabb L | - | |
| K11 | Smith,Angderson,Blount,Dorsett | - | |
| K12 | Carianne Weston | - | |
| K13 | Madison Sproul Partners | 29,950.55 | |
| L | Rent | 20,005.88 | |
| M | Repairs & Maintenance | 23,715.72 | |
| N | Secured Creditor Payments | - | |
| O | Taxes Paid - Payroll | 60,558.44 | |
| P | Taxes Paid - Sales & Use | 1,938.69 | |
| Q | Taxes Paid - Other | 37,851.34 | |
| R | Telephone | 2,302.78 | |
| S | Travel & Entertainment | 10,488.00 | |
| T | Utilities | 5,852.06 | |
| U | Vehicle Expenses | 13,068.11 | |
| U1 | Bear Reimbursements | 147,661.92 | |
| U2 | Payroll Contributions | 41,601.25 | |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | | |
| U4 | Disbursement from Vectra Bank to Trillion | - | |
| U5 | Disbursement from US Bank to Vectra | 77,967.76 | |
| V | Other Operating Expenses | 22,260.00 | |
| | Excess prior months checks cleared over current month checks uncleared | (1,513.10) | |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | | **1,076,011.01** | |
| **5. NET CASH FLOW FOR PERIOD** | | **(194,958.33)** | |
| **7. ENDING BALANCE** (Line 4 Minus Line 6) | | **1,777,601.39** | ( c ) |
| | Check | - | |
| | | 0.00 | |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___14th___ day of ___March___ ,2013.   s/ Byron P. Smyl
                                                                                        (Signature)

( a ) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.