# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

| | | |
|---|---|---|
| FOR THE PERIOD BEGINNING : | June 1, 2013 | AND ENDING : June 30, 2013 |
| Name of Debtor: TRILLION PARTNERS, INC. | | Case Number: 11-cv-01787-MSK-MJW |

| | | CURRENT MONTH | |
|---|---|---:|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | | 2,266,195.50 | (a) |
| **1. RECEIPTS:** | | | |
| A. | Customer Collections at Trillion | - | |
| B. | Customer Collections in Lockbox | 1,404,078.86 | |
| C. | Received from Secured Lenders | 628,774.50 | |
| D. | Other Receipts | - | |
| **2. TOTAL RECEIPTS** | | **2,032,853.36** | |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** | | **4,299,048.86** | |
| **3. DISBURSEMENTS** | | | |
| A | Advertising | - | |
| B | Bank /Credit Card Charges | 246.20 | |
| C | Contract Labor | 27,612.50 | |
| D | Fixed Asset Payments | - | |
| E | Insurance | - | |
| F | Inventory Payments | 65,949.69 | |
| G | Leases | 30,131.12 | |
| H | Circuits | 11,774.14 | |
| I | Office Supplies | 961.60 | |
| J | Payroll - Net | 218,405.88 | |
| K | Professional Fees | 207.50 | |
| K1 | Alvarez & Marsal | - | |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - | |
| K3 | Horowwitz & Burnett, P.C. | 2,494.72 | |
| K4 | Wiley Rein | - | |
| K5 | Greg Vogt | 1,125.00 | |
| K6 | Ford & Harrison | - | |
| K7 | Real Estate Tax Consultants | - | |
| K8 | Winstead P.C. | - | |
| K9 | Grimshaw & Haring | - | |
| K10 | Ewell, Bickham, Brown & Rabb L | - | |
| K11 | Smith,Angderson,Blount,Dorsett | - | |
| K12 | Carianne Weston | 1,923.75 | |
| K13 | Madison Sproul Partners | 20,000.00 | |
| L | Rent | 21,102.65 | |
| M | Repairs & Maintenance | 7,315.43 | |
| N | Secured Creditor Payments | - | |
| O | Taxes Paid - Payroll | - | |
| P | Taxes Paid - Sales & Use | 2,887.25 | |
| Q | Taxes Paid - Other | 12,913.70 | |
| R | Telephone | 3,059.61 | |
| S | Travel & Entertainment | 2,362.20 | |
| T | Utilities | 7,611.15 | |
| U | Vehicle Expenses | 10,940.25 | |
| U1 | Bear Reimbursements | - | |
| U2 | Payroll Contributions | 43,230.04 | |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | 965,191.18 | |
| U4 | Disbursement from Vectra Bank to Trillion | | |
| U5 | Disbursement from US Bank to Vectra | - | |
| V | Other Operating Expenses | 69,491.91 | |
| Excess prior months checks cleared over current month checks uncleared | | 14,902.19 | |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | | **1,541,839.66** | |
| **5. NET CASH FLOW FOR PERIOD** | | **491,013.70** | |
| **7. ENDING BALANCE**   *(Line 4 Minus Line 6)* | | 2,757,209.20 | ( c ) |
| | *Check* | - | |
| | | - | |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___24th___ day of ___July___, 2013.     s/ Byron P. Smyl
                                                                                  (Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the receivership date.

( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the receivership

( c ) These two amounts will always be the same if form is completed correctly.