# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING :** October 1, 2013 **AND ENDING :** October 31, 2013

Name of Debtor: TRILLION PARTNERS, INC.     Case Number: 11-cv-01787-MSK-MJW

|  |  | CURRENT MONTH |  |
|---|---|---:|---|
| **1. FUNDS AT BEGINNING OF PERIOD** |  | 2,212,816.17 | (a) |
| **1. RECEIPTS:** |  |  |  |
| A. | Customer Collections at Trillion | - |  |
| B. | Customer Collections in Lockbox | 1,798,382.50 |  |
| C. | Received from Secured Lenders | 1,079,034.50 |  |
| D. | Other Receipts | - |  |
| **2. TOTAL RECEIPTS** |  | **2,877,417.00** |  |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** |  | **5,090,233.17** |  |
| **3. DISBURSEMENTS** |  |  |  |
| A | Advertising | - |  |
| B | Bank /Credit Card Charges | 327.80 |  |
| C | Contract Labor | 39,351.11 |  |
| D | Fixed Asset Payments | 64,961.43 |  |
| E | Insurance | 6,718.15 |  |
| F | Inventory Payments | 10,578.01 |  |
| G | Leases | 59,550.43 |  |
| H | Circuits | 79,538.20 |  |
| I | Office Supplies | 119.79 |  |
| J | Payroll - Net | 169,152.58 |  |
| K | Professional Fees | - |  |
| K1 | Alvarez & Marsal | 440,986.44 |  |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - |  |
| K3 | Horowwitz & Burnett, P.C. | 62,324.22 |  |
| K4 | Wiley Rein | 83,013.16 |  |
| K5 | Greg Vogt | 787.50 |  |
| K6 | Ford & Harrison | - |  |
| K7 | Real Estate Tax Consultants | - |  |
| K8 | Winstead P.C. | - |  |
| K9 | Grimshaw & Haring | - |  |
| K10 | Ewell, Bickham, Brown & Rabb L | - |  |
| K11 | Smith,Angderson,Blount,Dorsett | - |  |
| K12 | Carianne Weston | - |  |
| K13 | Madison Sproul Partners | - |  |
| K14 | Alvarez & Marsal Taxand, LLC | - |  |
| K15 | Brown Rudnick | 160,000.00 |  |
| K16 | Lerman Senter | 22,000.00 |  |
| L | Rent | 430.99 |  |
| M | Repairs & Maintenance | 209.85 |  |
| N | Secured Creditor Payments | - |  |
| O | Taxes Paid - Payroll | 77,163.82 |  |
| P | Taxes Paid - Sales & Use | 38,112.25 |  |
| O | Taxes Paid - Other | 877.16 |  |
| R | Telephone | 1,108.16 |  |
| S | Travel & Entertainment | - |  |
| T | Utilities | 8,450.49 |  |
| U | Vehicle Expenses | 16,129.86 |  |
| U1 | Bear Reimbursements | 567,245.86 |  |
| U2 | Payroll Contributions | 7,737.76 |  |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | 909,644.74 |  |
| U4 | Disbursement from Vectra Bank to Trillion | - |  |
| U5 | Disbursement from US Bank to Vectra | 288,399.56 |  |
| V | Other Operating Expenses | 33,874.49 |  |
| W | Transfer to Receivership Wealth Management Account | 884,997.73 |  |
| X | Transfer to TX Communications | 777,932.53 |  |
| Excess prior months checks cleared over current month checks uncleared |  | (203,470.30) |  |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** |  | **4,608,253.77** |  |
| **5. NET CASH FLOW FOR PERIOD** |  | **(1,730,836.77)** |  |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* |  | **481,979.40** | ( c ) |
| Check |  | (0.00) |  |
|  |  | - |  |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___20th___ day of _____November_____ ,2013.     s/ Byron P. Smyl _____
                                                                                                        (Signature)

( a ) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.