EXHIBIT A

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING : November 1, 2013    AND ENDING : November 30, 2013

Name of Debtor: TRILLION PARTNERS, INC.    Case Number: 11-cv-01787-MSK-MJW

| | CURRENT MONTH | |
|---|---:|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 481,979.40 | (a) |
| **1. RECEIPTS:** | | |
| A. Customer Collections at Trillion | 81,716.44 | |
| B. Customer Collections in Lockbox | - | |
| C. Received from Secured Lenders | - | |
| D. Other Receipts | - | |
| **2. TOTAL RECEIPTS** | 81,716.44 | |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** | 563,695.84 | |
| **3. DISBURSEMENTS** | | |
| A  Advertising | - | |
| B  Bank /Credit Card Charges | 271.06 | |
| C  Contract Labor | - | |
| D  Fixed Asset Payments | - | |
| E  Insurance | 44,156.62 | |
| F  Inventory Payments | - | |
| G  Leases | 1,746.04 | |
| H  Circuits | 21,392.82 | |
| I  Office Supplies | - | |
| J  Payroll - Net | - | |
| K  Professional Fees | - | |
| K1    Alvarez & Marsal | - | |
| K2    McElroy, Deutsch, Mulvaney & Carpenter | - | |
| K3    Horowwitz & Burnett, P.C. | 13,566.94 | |
| K4    Wiley Rein | 17,471.00 | |
| K5    Greg Vogt | - | |
| K6    Ford & Harrison | - | |
| K7    Real Estate Tax Consultants | - | |
| K8    Winstead P.C. | - | |
| K9    Grimshaw & Haring | - | |
| K10   Ewell, Bickham, Brown & Rabb L | - | |
| K11   Smith,Angderson,Blount,Dorsett | - | |
| K12   Carianne Weston | - | |
| K13   Madison Sproul Partners | - | |
| K14   Alvarez & Marsal Taxand, LLC | - | |
| K15   Brown Rudnick | - | |
| K16   Lerman Senter | - | |
| L  Rent | - | |
| M  Repairs & Maintenance | - | |
| N  Secured Creditor Payments | - | |
| O  Taxes Paid - Payroll | - | |
| P  Taxes Paid - Sales & Use | - | |
| O  Taxes Paid - Other | - | |
| R  Telephone | - | |
| S  Travel & Entertainment | - | |
| T  Utilities | 36.25 | |
| U  Vehicle Expenses | - | |
| U1  Bear Reimbursements | - | |
| U2  Payroll Contributions | 2,046.75 | |
| U3  Transfer to Escrow Account on behalf of Secured Creditors | - | |
| U4  Disbursement from Vectra Bank to Trillion | - | |
| U5  Disbursement from US Bank to Vectra | - | |
| V  Other Operating Expenses | 1,249.17 | |
| W  Transfer to Receivership Wealth Management Account | - | |
| X  Transfer to TX Communications | - | |
| Excess prior months checks cleared over current month checks uncleared | 11,872.73 | |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | 113,809.38 | |
| **5. NET CASH FLOW FOR PERIOD** | (32,092.94) | |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | 449,886.46 | ( c ) |
| Check | - | |
| | 0.00 | |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___18th__ day of _____December_____ ,2013.    s/ Byron P. Smyl _____
                                                                 (Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.