# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
FOR THE PERIOD BEGINNING: December 1, 2013    AND ENDING: December 31, 2013

Name of Debtor: TRILLION PARTNERS, INC.    Case Number: 11-cv-01787-MSK-MJW

|  |  | CURRENT MONTH |  |
|---|---|---:|---|
| **1. FUNDS AT BEGINNING OF PERIOD** |  | 449,886.46 | (a) |
| **1. RECEIPTS:** |  |  |  |
| A. | Customer Collections at Trillion | - |  |
| B. | Customer Collections in Lockbox | - |  |
| C. | Received from Secured Lenders | - |  |
| D. | Other Receipts | 2,130.63 |  |
| **2. TOTAL RECEIPTS** |  | **2,130.63** |  |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** |  | 452,017.09 |  |
| **3. DISBURSEMENTS** |  |  |  |
| A | Advertising | - |  |
| B | Bank /Credit Card Charges | 140.00 |  |
| C | Contract Labor | - |  |
| D | Fixed Asset Payments | - |  |
| E | Insurance | - |  |
| F | Inventory Payments | - |  |
| G | Leases | 1,746.04 |  |
| H | Circuits | - |  |
| I | Office Supplies | - |  |
| J | Payroll - Net | - |  |
| K | Professional Fees | - |  |
| K1 | Alvarez & Marsal | - |  |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - |  |
| K3 | Horowwitz & Burnett, P.C. | - |  |
| K4 | Wiley Rein | - |  |
| K5 | Greg Vogt | - |  |
| K6 | Ford & Harrison | - |  |
| K7 | Real Estate Tax Consultants | - |  |
| K8 | Winstead P.C. | - |  |
| K9 | Grimshaw & Haring | - |  |
| K10 | Ewell, Bickham, Brown & Rabb L | - |  |
| K11 | Smith, Angderson, Blount, Dorsett | - |  |
| K12 | Carianne Weston | - |  |
| K13 | Madison Sproul Partners | - |  |
| K14 | Alvarez & Marsal Taxand, LLC | - |  |
| K15 | Brown Rudnick | - |  |
| K16 | Lerman Senter | - |  |
| K17 | Burr & Foreman | 19,697.14 |  |
| L | Rent | - |  |
| M | Repairs & Maintenance | - |  |
| N | Secured Creditor Payments | - |  |
| O | Taxes Paid - Payroll | - |  |
| P | Taxes Paid - Sales & Use | - |  |
| Q | Taxes Paid - Other | - |  |
| R | Telephone | - |  |
| S | Travel & Entertainment | - |  |
| T | Utilities | - |  |
| U | Vehicle Expenses | - |  |
| U1 | Bear Reimbursements | - |  |
| U2 | Payroll Contributions | - |  |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | - |  |
| U4 | Disbursement from Vectra Bank to Trillion | - |  |
| U5 | Disbursement from US Bank to Vectra | - |  |
| V | Other Operating Expenses | 1,479.69 |  |
| W | Transfer to Receivership Wealth Management Account | - |  |
| X | Transfer to TX Communications | - |  |
| Excess prior months checks cleared over current month checks uncleared |  | 257,249.40 |  |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** |  | **280,312.27** |  |
| **5. NET CASH FLOW FOR PERIOD** |  | **(278,181.64)** |  |
| **7. ENDING BALANCE**   (Line 4 Minus Line 6) |  | 171,704.82 | ( c ) |
| Check |  | - |  |
|  |  | - |  |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____20th_____ day of _____January, 2014_____    s/ Byron P. Smyl
                                                          (Signature)

( a ) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.