# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

| FOR THE PERIOD BEGINNING : | March 1, 2014 | AND ENDING : | March 31, 2014 |
|---|---|---|---|

| Name of Debtor: TRILLION PARTNERS, INC. | | Case Number: | 11-cv-01787-MSK-MJW |
|---|---|---|---|

|  | CURRENT MONTH |
|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 171,418.82  (a) |
| **1. RECEIPTS:** | |
| A.  Customer Collections at Trillion | - |
| B.  Customer Collections in Lockbox | - |
| C.  Received from Secured Lenders | - |
| D.  Other Receipts | - |
| **2. TOTAL RECEIPTS** | - |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** | 171,418.82 |
| **3. DISBURSEMENTS** | |
| A   Advertising | - |
| B   Bank /Credit Card Charges | 163.00 |
| C   Contract Labor | - |
| D   Fixed Asset Payments | - |
| E   Insurance | 7,343.70 |
| F   Inventory Payments | - |
| G   Leases | - |
| H   Circuits | - |
| I   Office Supplies | - |
| J   Payroll - Net | - |
| K   Professional Fees | - |
| K1      Alvarez & Marsal | 1,706.40 |
| K2      McElroy, Deutsch, Mulvaney & Carpenter | - |
| K3      Horowwitz & Burnett, P.C. | - |
| K4      Wiley Rein | - |
| K5      Greg Vogt | - |
| K6      Ford & Harrison | - |
| K7      Real Estate Tax Consultants | - |
| K8      Winstead P.C. | - |
| K9      Grimshaw & Haring | - |
| K10     Ewell, Bickham, Brown & Rabb L | - |
| K11     Smith,Angderson,Blount,Dorsett | - |
| K12     Carianne Weston | - |
| K13     Madison Sproul Partners | - |
| K14     Alvarez & Marsal Taxand, LLC | - |
| K15     Brown Rudnick | - |
| K16     Lerman Senter | - |
| K17     Burr & Foreman | - |
| L   Rent | - |
| M   Repairs & Maintenance | - |
| N   Secured Creditor Payments | - |
| O   Taxes Paid - Payroll | - |
| P   Taxes Paid - Sales & Use | - |
| O   Taxes Paid - Other | - |
| R   Telephone | - |
| S   Travel & Entertainment | - |
| T   Utilities | - |
| U   Vehicle Expenses | - |
| U1   Bear Reimbursements | - |
| U2   Payroll Contributions | - |
| U3   Transfer to Escrow Account on behalf of Secured Creditors | - |
| U4   Disbursement from Vectra Bank to Trillion | - |
| U5   Disbursement from US Bank to Vectra | - |
| V   Other Operating Expenses | 1,218.40 |
| W   Transfer to Receivership Wealth Management Account | - |
| X   Transfer to TX Communications | - |
| Excess prior months checks cleared over current month checks uncleared | - |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | 10,431.50 |
| **5. NET CASH FLOW FOR PERIOD** | (10,431.50) |
| **7. ENDING BALANCE    _(Line 4 Minus Line 6)_** | 160,987.32  ( c ) |
| *Check* | - |
|  | - |

**I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This _____17th__ day  of April _____ ,2014 .        s/ Byron P. Smyl _____

(Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the
      balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
      the receivership
( c ) These two amounts will always be the same if form is completed correctly.