# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

FOR THE PERIOD BEGINNING : May 1, 2014     AND ENDING :  May 31, 2014

Name of Debtor:   TRILLION PARTNERS, INC.        Case Number:   11-cv-01787-MSK-MJW

| | | CURRENT MONTH |
|---|---|---:|
| **1. FUNDS AT BEGINNING OF PERIOD** | | 161,828.12  (a) |
| **1. RECEIPTS:** | | |
| A. | Customer Collections at Trillion | - |
| B. | Customer Collections in Lockbox | - |
| C. | Received from Secured Lenders | - |
| D. | Other Receipts | - |
| **2. TOTAL RECEIPTS** | | - |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** | | 161,828.12 |
| **3. DISBURSEMENTS** | | |
| A | Advertising | - |
| B | Bank /Credit Card Charges | 140.20 |
| C | Contract Labor | - |
| D | Fixed Asset Payments | - |
| E | Insurance | - |
| F | Inventory Payments | - |
| G | Leases | - |
| H | Circuits | - |
| I | Office Supplies | - |
| J | Payroll - Net | - |
| K | Professional Fees | - |
| K1 | Alvarez & Marsal | - |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - |
| K3 | Horowwitz & Burnett, P.C. | - |
| K4 | Wiley Rein | - |
| K5 | Greg Vogt | - |
| K6 | Ford & Harrison | - |
| K7 | Real Estate Tax Consultants | - |
| K8 | Winstead P.C. | - |
| K9 | Grimshaw & Haring | - |
| K10 | Ewell, Bickham, Brown & Rabb L | - |
| K11 | Smith,Angderson,Blount,Dorsett | - |
| K12 | Carianne Weston | - |
| K13 | Madison Sproul Partners | - |
| K14 | Alvarez & Marsal Taxand, LLC | - |
| K15 | Brown Rudnick | - |
| K16 | Lerman Senter | - |
| K17 | Burr & Foreman | - |
| L | Rent | - |
| M | Repairs & Maintenance | - |
| N | Secured Creditor Payments | - |
| O | Taxes Paid - Payroll | - |
| P | Taxes Paid - Sales & Use | - |
| Q | Taxes Paid - Other | - |
| R | Telephone | - |
| S | Travel & Entertainment | - |
| T | Utilities | - |
| U | Vehicle Expenses | - |
| U1 | Bear Reimbursements | - |
| U2 | Payroll Contributions | - |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | - |
| U4 | Disbursement from Vectra Bank to Trillion | |
| U5 | Disbursement from US Bank to Vectra | - |
| V | Other Operating Expenses | - |
| W | Transfer to Receivership Wealth Management Account | - |
| X | Transfer to TX Communications | - |
| Excess prior months checks cleared over current month checks uncleared | | - |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | | 140.20 |
| **5. NET CASH FLOW FOR PERIOD** | | (140.20) |
| **7. ENDING BALANCE**     *(Line 4 Minus Line 6)* | | 161,687.92  ( c ) |
| | *Check* | - |
| | | (0.00) |

**I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 19th day of June, 2014.              s/Byron P. Smyl

                                                             (Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the
      balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
      the receivership
( c ) These two amounts will always be the same if form is completed correctly.