# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

| FOR THE PERIOD BEGINNING : | July 1, 2014 | AND ENDING : | July 31, 2014 |
|---|---|---|---|
| Name of Debtor:  TRILLION PARTNERS, INC. | | Case Number: | 11-cv-01787-MSK-MJW |

| | | CURRENT MONTH | |
|---|---|---:|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | | 161,547.72 | (a) |
| **1. RECEIPTS:** | | | |
| A. | Customer Collections at Trillion | - | |
| B. | Customer Collections in Lockbox | - | |
| C. | Received from Secured Lenders | - | |
| D. | Other Receipts | - | |
| **2. TOTAL RECEIPTS** | | - | |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** | | 161,547.72 | |
| **3. DISBURSEMENTS** | | | |
| A | Advertising | - | |
| B | Bank /Credit Card Charges | 143.20 | |
| C | Contract Labor | - | |
| D | Fixed Asset Payments | - | |
| E | Insurance | - | |
| F | Inventory Payments | - | |
| G | Leases | - | |
| H | Circuits | - | |
| I | Office Supplies | - | |
| J | Payroll - Net | - | |
| K | Professional Fees | - | |
| K1 | Alvarez & Marsal | - | |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - | |
| K3 | Horowwitz & Burnett, P.C. | - | |
| K4 | Wiley Rein | - | |
| K5 | Greg Vogt | - | |
| K6 | Ford & Harrison | - | |
| K7 | Real Estate Tax Consultants | - | |
| K8 | Winstead P.C. | - | |
| K9 | Grimshaw & Haring | - | |
| K10 | Ewell, Bickham, Brown & Rabb L | - | |
| K11 | Smith,Angderson,Blount,Dorsett | - | |
| K12 | Carianne Weston | - | |
| K13 | Madison Sproul Partners | - | |
| K14 | Alvarez & Marsal Taxand, LLC | - | |
| K15 | Brown Rudnick | - | |
| K16 | Lerman Senter | - | |
| K17 | Burr & Foreman | - | |
| L | Rent | - | |
| M | Repairs & Maintenance | - | |
| N | Secured Creditor Payments | - | |
| O | Taxes Paid - Payroll | - | |
| P | Taxes Paid - Sales & Use | - | |
| Q | Taxes Paid - Other | - | |
| R | Telephone | - | |
| S | Travel & Entertainment | - | |
| T | Utilities | - | |
| U | Vehicle Expenses | - | |
| U1 | Bear Reimbursements | - | |
| U2 | Payroll Contributions | - | |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | - | |
| U4 | Disbursement from Vectra Bank to Trillion | | |
| U5 | Disbursement from US Bank to Vectra | - | |
| V | Other Operating Expenses | - | |
| W | Transfer to Receivership Wealth Management Account | - | |
| X | Transfer to TX Communications | - | |
| Excess prior months checks cleared over current month checks uncleared | | - | |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | | 143.20 | |
| **5. NET CASH FLOW FOR PERIOD** | | (143.20) | |
| **7. ENDING BALANCE**     *(Line 4 Minus Line 6)* | | 161,404.52 | ( c ) |
| | *Check* | - | |
| | | (0.00) | |

**I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 20th day of August, 2014.                                                                   s/Byron P. Smyl

                                                                                                                    (Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the
       balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
       the receivership
( c ) These two amounts will always be the same if form is completed correctly.