SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING :   October 1, 2014   AND ENDING :   October 31, 2014

Name of Debtor:  TRILLION PARTNERS, INC.                                Case Number:   11-cv-01787-MSK-MJW

CURRENT MONTH

| | | |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 152,462.90 | (a) |
| **1. RECEIPTS:** | | |
| A. Customer Collections at Trillion | - | |
| B. Customer Collections in Lockbox | - | |
| C. Received from Secured Lenders | - | |
| D. Other Receipts | - | |
| **2. TOTAL RECEIPTS** | - | |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** | 152,462.90 | |
| **3. DISBURSEMENTS** | | |
| A Advertising | - | |
| B Bank /Credit Card Charges | 143.40 | |
| C Contract Labor | - | |
| D Fixed Asset Payments | - | |
| E Insurance | - | |
| F Inventory Payments | - | |
| G Leases | - | |
| H Circuits | - | |
| I Office Supplies | - | |
| J Payroll - Net | - | |
| K Professional Fees | - | |
| K1    Alvarez & Marsal | - | |
| K2    McElroy, Deutsch, Mulvaney & Carpenter | - | |
| K3    Horowwitz & Burnett, P.C. | - | |
| K4    Wiley Rein | - | |
| K5    Greg Vogt | - | |
| K6    Ford & Harrison | - | |
| K7    Real Estate Tax Consultants | - | |
| K8    Winstead P.C. | - | |
| K9    Grimshaw & Haring | - | |
| K10   Ewell, Bickham, Brown & Rabb L | - | |
| K11   Smith,Angderson,Blount,Dorsett | - | |
| K12   Carianne Weston | - | |
| K13   Madison Sproul Partners | - | |
| K14   Alvarez & Marsal Taxand, LLC | - | |
| K15   Brown Rudnick | - | |
| K16   Lerman Senter | - | |
| K17   Burr & Foreman | - | |
| L Rent | - | |
| M Repairs & Maintenance | - | |
| N Secured Creditor Payments | - | |
| O Taxes Paid - Payroll | - | |
| P Taxes Paid - Sales & Use | - | |
| Q Taxes Paid - Other | 10,186.74 | |
| R Telephone | - | |
| S Travel & Entertainment | - | |
| T Utilities | - | |
| U Vehicle Expenses | - | |
| U1 Bear Reimbursements | - | |
| U2 Payroll Contributions | - | |
| U3 Transfer to Escrow Account on behalf of Secured Creditors | - | |
| U4 Disbursement from Vectra Bank to Trillion | - | |
| U5 Disbursement from US Bank to Vectra | - | |
| V Other Operating Expenses | - | |
| W Transfer to Receivership Wealth Management Account | - | |
| X Transfer to TX Communications | | |
| Excess prior months checks cleared over current month checks uncleared | 31,890.36 | |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** | 42,220.50 | |
| **5. NET CASH FLOW FOR PERIOD** | (42,220.50) | |
| **7. ENDING BALANCE**  *(Line 4 Minus Line 6)* | 110,242.40 | (c) |
| Check | - | |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____ ,201__                                    _____
                                                                                                                   (Signature)

( a ) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.

**EXHIBIT A**