SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING :    December 1, 2014    AND ENDING :    December 31, 2014

Name of Debtor:  TRILLION PARTNERS, INC.          Case Number:    11-cv-01787-MSK-MJW

|  |  | CURRENT MONTH |  |
|---|---|---:|---|
| **1. FUNDS AT BEGINNING OF PERIOD** |  | 107,019.00 | (a) |
| **1. RECEIPTS:** |  |  |  |
| A. | Customer Collections at Trillion | - |  |
| B. | Customer Collections in Lockbox | - |  |
| C. | Received from Secured Lenders | - |  |
| D. | Other Receipts | - |  |
| **2. TOTAL RECEIPTS** |  | - |  |
| **TOTAL FUNDS AVAILABLE FOR OPERATIONS** |  | 107,019.00 |  |
| **3. DISBURSEMENTS** |  |  |  |
| A | Advertising | - |  |
| B | Bank /Credit Card Charges | 140.40 |  |
| C | Contract Labor | - |  |
| D | Fixed Asset Payments | - |  |
| E | Insurance | - |  |
| F | Inventory Payments | - |  |
| G | Leases | - |  |
| H | Circuits | - |  |
| I | Office Supplies | - |  |
| J | Payroll - Net | - |  |
| K | Professional Fees | - |  |
| K1 |     Alvarez & Marsal | - |  |
| K2 |     McElroy, Deutsch, Mulvaney & Carpenter | - |  |
| K3 |     Horowwitz & Burnett, P.C. | - |  |
| K4 |     Wiley Rein | - |  |
| K5 |     Greg Vogt | - |  |
| K6 |     Ford & Harrison | - |  |
| K7 |     Real Estate Tax Consultants | - |  |
| K8 |     Winstead P.C. | - |  |
| K9 |     Grimshaw & Haring | - |  |
| K10 |     Ewell, Bickham, Brown & Rabb L | - |  |
| K11 |     Smith,Angderson,Blount,Dorsett | - |  |
| K12 |     Carianne Weston | - |  |
| K13 |     Madison Sproul Partners | - |  |
| K14 |     Alvarez & Marsal Taxand, LLC | - |  |
| K15 |     Brown Rudnick | - |  |
| K16 |     Lerman Senter | - |  |
| K17 |     Burr & Foreman | - |  |
| L | Rent | - |  |
| M | Repairs & Maintenance | - |  |
| N | Secured Creditor Payments | - |  |
| O | Taxes Paid - Payroll | - |  |
| P | Taxes Paid - Sales & Use | - |  |
| Q | Taxes Paid - Other | 115.85 |  |
| R | Telephone | - |  |
| S | Travel & Entertainment | - |  |
| T | Utilities | - |  |
| U | Vehicle Expenses | - |  |
| U1 | Bear Reimbursements | - |  |
| U2 | Payroll Contributions | - |  |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | - |  |
| U4 | Disbursement from Vectra Bank to Trillion | - |  |
| U5 | Disbursement from US Bank to Vectra | - |  |
| V | Other Operating Expenses | - |  |
| W | Transfer to Receivership Wealth Management Account | - |  |
| X | Transfer to TX Communications | - |  |
| Excess prior months checks cleared over current month checks uncleared |  | (115.85) |  |
| **4. TOTAL DISBURSEMENTS (Sum of 3A thru V)** |  | 140.40 |  |
| **5. NET CASH FLOW FOR PERIOD** |  | (140.40) |  |
| **7. ENDING BALANCE**  *(Line 4 Minus Line 6)* |  | 106,878.60 | ( c ) |
|  | Check | - |  |
|  |  | 0.00 |  |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____ ,2013.          _____
                                                                (Signature)

( a ) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.

MOR-16                                                          **EXHIBIT A**