SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| FOR THE PERIOD BEGINNING: | June 1, 2015 | AND ENDING: | June 30, 2015 |
|---|---|---|---|
| Name of Debtor: TRILLION PARTNERS, INC. | | Case Number: | 11-cv-01787-MSK-MJW |

| | | CURRENT MONTH |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | | 192,076.40 (a) |
| 1. RECEIPTS: | | |
| A. | Customer Collections at Trillion | - |
| B. | Customer Collections in Lockbox | - |
| C. | Received from Secured Lenders | - |
| D. | Other Receipts | 24,157.48 |
| 2. TOTAL RECEIPTS | | 24,157.48 |
| TOTAL FUNDS AVAILABLE FOR OPERATIONS | | 216,233.88 |
| 3. DISBURSEMENTS | | |
| A | Advertising | - |
| B | Bank /Credit Card Charges | 140.40 |
| C | Contract Labor | - |
| D | Fixed Asset Payments | - |
| E | Insurance | - |
| F | Inventory Payments | - |
| G | Leases | - |
| H | Circuits | - |
| I | Office Supplies | - |
| J | Payroll - Net | - |
| K | Professional Fees | |
| K1 | Alvarez & Marsal | - |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - |
| K3 | Horowwitz & Burnett, P.C. | - |
| K4 | Wiley Rein | - |
| K5 | Greg Vogt | - |
| K6 | Ford & Harrison | - |
| K7 | Real Estate Tax Consultants | - |
| K8 | Winstead P.C. | - |
| K9 | Grimshaw & Haring | - |
| K10 | Ewell, Bickham, Brown & Rabb L | - |
| K11 | Smith,Angderson,Blount,Dorsett | - |
| K12 | Carianne Weston | - |
| K13 | Madison Sproul Partners | - |
| K14 | Alvarez & Marsal Taxand, LLC | - |
| K15 | Brown Rudnick | - |
| K16 | Lerman Senter | - |
| K17 | Burr & Foreman | - |
| L | Rent | - |
| M | Repairs & Maintenance | - |
| N | Secured Creditor Payments | - |
| O | Taxes Paid - Payroll | - |
| P | Taxes Paid - Sales & Use | - |
| Q | Taxes Paid - Other | 651.56 |
| R | Telephone | - |
| S | Travel & Entertainment | - |
| T | Utilities | - |
| U | Vehicle Expenses | - |
| U1 | Bear Reimbursements | - |
| U2 | Payroll Contributions | - |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | - |
| U4 | Disbursement from Vectra Bank to Trillion | - |
| U5 | Disbursement from US Bank to Vectra | - |
| V | Other Operating Expenses | - |
| W | Transfer to Receivership Wealth Management Account | - |
| X | Transfer to TX Communications | - |
| Excess prior months checks cleared over current month checks uncleared | | - |
| 4. TOTAL DISBURSEMENTS (Sum of 3A thru V) | | 791.96 |
| 5. NET CASH FLOW FOR PERIOD | | 23,365.52 |
| 7. ENDING BALANCE   (Line 4 Minus Line 6) | | 215,441.92 (c) |
| | Check | - |

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _22d_ day of _July_, 2015.

(Signature)

( a ) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the receivership date.
( b ) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the receivership
( c ) These two amounts will always be the same if form is completed correctly.