SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| FOR THE PERIOD BEGINNING: | July 1, 2015 |
| AND ENDING: | July 31, 2015 |
| Name of Debtor: TRILLION PARTNERS, INC. | |
| Case Number: | 11-cv-01787-MSK-MJW |

CURRENT MONTH

| | | Amount |
|---|---|---|
| 1. | FUNDS AT BEGINNING OF PERIOD | 215,441.92 (a) |
| 1. | RECEIPTS: | |
| A. | Customer Collections at Trillion | - |
| B. | Customer Collections in Lockbox | - |
| C. | Received from Secured Lenders | - |
| D. | Other Receipts | - |
| 2. | TOTAL RECEIPTS | - |
| | TOTAL FUNDS AVAILABLE FOR OPERATIONS | 215,441.92 |
| 3. | DISBURSEMENTS | |
| A | Advertising | - |
| B | Bank /Credit Card Charges | 140.40 |
| C | Contract Labor | - |
| D | Fixed Asset Payments | - |
| E | Insurance | - |
| F | Inventory Payments | - |
| G | Leases | - |
| H | Circuits | - |
| I | Office Supplies | - |
| J | Payroll - Net | - |
| K | Professional Fees | - |
| K1 | Alvarez & Marsal | - |
| K2 | McElroy, Deutsch, Mulvaney & Carpenter | - |
| K3 | Horowwitz & Burnett, P.C. | - |
| K4 | Wiley Rein | - |
| K5 | Greg Vogt | - |
| K6 | Ford & Harrison | - |
| K7 | Real Estate Tax Consultants | - |
| K8 | Winstead P.C. | - |
| K9 | Grimshaw & Haring | - |
| K10 | Ewell, Bickham, Brown & Rabb L | - |
| K11 | Smith, Angderson, Blount, Dorsett | - |
| K12 | Carianne Weston | - |
| K13 | Madison Sproul Partners | - |
| K14 | Alvarez & Marsal Taxand, LLC | 38,110.00 |
| K15 | Brown Rudnick | - |
| K16 | Lerman Senter | - |
| K17 | Burr & Foreman | - |
| L | Rent | - |
| M | Repairs & Maintenance | - |
| N | Secured Creditor Payments | - |
| O | Taxes Paid - Payroll | - |
| P | Taxes Paid - Sales & Use | - |
| Q | Taxes Paid - Other | 42,899.39 |
| R | Telephone | - |
| S | Travel & Entertainment | - |
| T | Utilities | - |
| U | Vehicle Expenses | - |
| U1 | Bear Reimbursements | - |
| U2 | Payroll Contributions | - |
| U3 | Transfer to Escrow Account on behalf of Secured Creditors | - |
| U4 | Disbursement from Vectra Bank to Trillion | - |
| U5 | Disbursement from US Bank to Vectra | - |
| V | Other Operating Expenses | - |
| W | Transfer to Receivership Wealth Management Account | - |
| X | Transfer to TX Communications | - |
| | Excess prior months checks cleared over current month checks uncleared | - |
| 4. | TOTAL DISBURSEMENTS (Sum of 3A thru V) | 81,149.79 |
| 5. | NET CASH FLOW FOR PERIOD | (81,149.79) |
| 7. | ENDING BALANCE (Line 4 Minus Line 6) | 134,292.13 (c) |

Check

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __17__ day of __September__, 2015   /s/ Byrrn P. Smyl
                                               (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the receivership date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the receivership
(c) These two amounts will always be the same if form is completed correctly.

MOR-16

Exhibit A