IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 11-cv-01787--MSK-MJW

TATONKA CAPITAL CORPORATION,           )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )
                                        )
TRILLION PARTNERS, INC.,                )
                                        )
                                        )
         Defendant.                     )
                                        )

**RECEIVER'S MONTHLY REPORTS FOR THE PERIOD
FROM SEPTEMBER 1, 2015 THROUGH APRIL 30, 2016**

Byron Smyl, the court-appointed receiver for Trillion Partners, Inc., through his undersigned counsel, for his monthly report pursuant to ¶15 of the Order Granting Motion to Appoint Receiver (the "Appointment Order"), states as follows:

1. In the Appointment Order, the Court ordered the Receiver, to make an accounting of all revenues collected and all fees and expenses paid for the previous month, to file such accounting with the Court, and to serve it upon Plaintiff, Tatonka Capital Corporation, Defendant, Trillion Partners, Inc., and any other party appearing in this case. This report covers the monthly periods from September 1, 2015 through April 30, 2016.

2. Attached hereto as "**Exhibit A, B, C, D, E, F, G and H**" are reports listing of all revenues collected and all fees and expenses paid for the period from September 1 through September 30, 2015, October 1, through October 31, 2015, November 1, through November 30, 2015, December 1 through December 31, 2015, January 1 through January 31, 2016. February

1, through February 29, 2016, March 1 through March 31, 2016 and April 1 through April 30, 2016. As ordered by the Court, this accounting separately lists all fees and expenses paid by the Receiver to each of his Advisors.

Respectfully submitted this 24th day of May, 2016.

s/
JOHN CARDINAL PARKS, #18669
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1700 LINCOLN STREET, SUITE 4000
DENVER, CO 80203
PHONE: 303-861-7760
FAX: 303-861-7767
EMAIL: john.parks@lewisbrisbois.com
*Counsel for Byron P. Smyl, as receiver for Trillion Partners, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24th, 2016, a true and correct copy of the foregoing **RECEIVER'S MONTHLY REPORT FOR THE PERIOD FROM SEPTEMBER 1 THROUGH SEPTEMBER 30, 2015, OCTOBER 1, THROUGH OCTOBER 31, 2015, NOVEMBER 1, THROUGH NOVEMBER 30, 2015, DECEMBER 1 THROUGH DECEMBER 31, 2015 AND JANUARY 1 THROUGH JANAUARY 31, 2016.** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Todd R. Seelman
Lewis Brisbois Bisgaard & Smith, LLP-Denver
Wells Fargo Center
1700 Lincoln Street, Suite 4000
Denver, CO 80203
todd.seelman@lewisbrisbois.com

Denis H. Mark
Hamilton Faatz and Waller, P.C.
5105 DTC Parkway, Suite 475
Greenwood Village, CO 80111
dmark@hfwpc.com

Michael Leo Hall
Derek F. Meek
Burr & Forman LLP
420 North 20th Street
Birmingham, AL 35203
mhall@burr.com

s/
JOHN CARDINAL PARKS, #18669
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1700 LINCOLN STREET, SUITE 4000
DENVER, CO 80203
PHONE: 303-861-7760
FAX: 303-861-7767
E-MAIL: john.parks@lewisbrisbois.com

*Counsel for Byron P. Smyl, as receiver for Trillion Partners, Inc.*