SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING: October 1, 2015   AND ENDING: October 31, 2015

Name of Debtor: TRILLION PARTNERS, INC.   Case Number: 11-cv-01787-MSK-MJW

CURRENT MONTH

| | | |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 45,617.98 | (a) |
| 1. RECEIPTS: | | |
| A. Customer Collections at Trillion | - | |
| B. Customer Collections in Lockbox | - | |
| C. Received from Secured Lenders | - | |
| D. Other Receipts | - | |
| 2. TOTAL RECEIPTS | - | |
| TOTAL FUNDS AVAILABLE FOR OPERATIONS | 45,617.98 | |
| 3. DISBURSEMENTS | | |
| A  Advertising | - | |
| B  Bank /Credit Card Charges | 184.40 | |
| C  Contract Labor | - | |
| D  Fixed Asset Payments | - | |
| E  Insurance | - | |
| F  Inventory Payments | - | |
| G  Leases | - | |
| H  Circuits | - | |
| I  Office Supplies | - | |
| J  Payroll - Net | - | |
| K  Professional Fees | | |
| K1   Alvarez & Marsal | - | |
| K2   McElroy, Deutsch, Mulvaney & Carpenter | - | |
| K3   Horowitz & Burnett, P.C. | - | |
| K4   Wiley Rein | - | |
| K5   Greg Vogt | - | |
| K6   Ford & Harrison | - | |
| K7   Real Estate Tax Consultants | - | |
| K8   Winstead P.C. | - | |
| K9   Grimshaw & Haring | - | |
| K10  Ewell, Bickham, Brown & Rabb L | - | |
| K11  Smith, Angderson, Blount, Dorsett | - | |
| K12  Cerianne Weston | - | |
| K13  Madison Sproul Partners | - | |
| K14  Alvarez & Marsal Taxand, LLC | - | |
| K15  Brown Rudnick | - | |
| K16  Lerman Senter | - | |
| K17  Burr & Foreman | - | |
| K18  The Bank Street Group, LLC | - | |
| K19  DLA Piper US LLP | - | |
| K20  Fontaine & Kelley, LLP | - | |
| K21  Hogan & Hartson, LLP | - | |
| K22  Holme Roberts & Owen LLP | - | |
| K23  Maxwell, Locke & Ritter | - | |
| K24  Meritage Holdings, LLC | - | |
| K25  PMB Helin Donovan, LLP | - | |
| K26  Tax & Accounting - R&G | - | |
| K27  Wilkinson, Barker & Knauer, LP | - | |
| L  Rent | - | |
| M  Repairs & Maintenance | - | |
| N  Secured Creditor Payments | - | |
| O  Taxes Paid - Payroll | - | |
| P  Taxes Paid - Sales & Use | - | |
| Q  Taxes Paid - Other | - | |
| R  Telephone | - | |
| S  Travel & Entertainment | - | |
| T  Utilities | - | |
| U  Vehicle Expenses | - | |
| U1  Bear Reimbursements | - | |
| U2  Payroll Contributions | - | |
| U3  Transfer to Escrow Account on behalf of Secured Creditors | - | |
| U4  Disbursement from Vectra Bank to Trillion | - | |
| U5  Disbursement from US Bank to Vectra | - | |
| V  Other Operating Expenses | - | |
| W  Transfer to Receivership Wealth Management Account | - | |
| X  Transfer to TX Communications | - | |
| Excess prior months checks cleared over current month checks uncleared | 38,677.50 | |
| 4. TOTAL DISBURSEMENTS (Sum of 3A thru V) | 38,861.90 | |
| 5. NET CASH FLOW FOR PERIOD | (38,861.90) | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 6,756.08 | (c) |

Check

EXHIBIT B

I declare under penalty or perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 2013.   (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the receivership date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the receivership.
(c) These two amounts will always be the same if form is completed correctly.