IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-01787-MSK-MJW

TATONKA CAPITAL CORPORATION,

    Plaintiff,

v.

TRILLION PARTNERS, INC.,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR ORDER APPROVING THE RECEIVER'S FINAL REPORT, DISCHARGING THE RECEIVER, AND TERMINATING THE RECEIVERSHIP**

The Unopposed Motion for Order Approving the Receiver's Final Report, Discharging the Receiver, and Terminating the Receivership (the "Motion to Terminate") **(#120)** filed by Byron P. Smyl, in his capacity as receiver (the "Receiver") of all of the operations and assets of Trillion Partners, Inc. ("Trillion") having come before me, due notice having been provided to all interested parties, upon the determination by this Court that no hearing is necessary since the Motion to Reopen was filed as an unopposed motion,

    **IT IS THEREFORE ORDERED**:

    1. The Motion to Terminate is GRANTED.

    2. The abandonment to Trillion of its right to redeem the Tower Site (as defined in the Receiver's Final Report) for unpaid taxes is approved.

    3. The Receiver's Final Report is approved.

    4. The Receiver is discharged as the court-appointed receiver for Trillion's assets. As provided in the Order Granting Motion to Appoint Receiver (the "Appointment Order") (Dkt.

No. 23), the liability of the Receiver and his Advisors (as defined in the Appointment Order), agents, representatives, employees, affiliates, successors and assigns for any and all causes of action, claims, demands, damages, fees, costs, expenses, charges, injuries, losses, and complaints of whatsoever kind or nature incurred or arising from their respective acts or omissions in connection with Trillion, the Appointment Order, the Receivership established pursuant to the Appointment Order, and the Receivership Assets shall exist only to the extent that this Court determines by a final and non-appealable judgment that such acts or omissions resulted solely from such person's bad faith or gross negligence. Except as provided herein, the Receiver and his Advisors, agents, representatives, employees, affiliates, successors and assigns are hereby released and discharged of and from any and all liabilities, causes of action, claims, demands, damages, fees, costs, expenses, charges, injuries, losses, and complaints of whatsoever kind or nature, whether known or not known, suspected or unsuspected, or whether asserted or could have been asserted, arising from, as a result of, or in any way connected with Trillion, the Appointment Order, the Receivership established pursuant to the Appointment Order, and the Receivership Assets.

     5. As further provided in the Appointment Order, the Court shall retain sole and exclusive jurisdiction of all matters concerning Receiver, the Receivership created hereby, and the Receivership Assets (as defined in the Appointment Order). Any and all actions which affect Receiver or the Receivership Assets shall be brought in this Court, and any attempt to collect from any Receivership Assets must be brought in this Court. Any judgment entered against the Receiver shall not be valid unless approved by this Court.

     6. The Receivership is terminated with prejudice.

DATED this 28th day of July, 2016.

                    **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge